```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  COLLEEN R. VILLARREAL
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-09-340 KJM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | ONLY AS TO DEFENDANT ANTONIO V. |
| v. ) | PORRAS AND ORDER |
| ) | |
| MALACHI T. McCAULEY, et al. ) | |
| ) | DATE: December 3, 2009 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____) | JUDGE: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Defendant Antonio V. Porras in case number S-09-340 KJM.

DATED: November 30, 2009            BENJAMIN B. WAGNER
                                    United States Attorney


                                    By: /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED:  November 30, 2009.


                                    _____
                                    U.S. MAGISTRATE JUDGE